UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Scott Smith,                                 Civil File No: 18-CV-02707 DWF/TNL

            Plaintiff,

v.

Bierman Group, Limited Liability      **STIPULATION OF DISMISSAL**
Company,

            Defendant.

---

The above-entitled action having been fully, finally and completely compromised and settled between the parties,

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the same may be and hereby is dismissed with prejudice on the merits and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

8347086

Dated: April 22, 2019              s/Padraigin L. Browne
                                                    Padraigin L. Browne (#389962)
                                                    8530 Eagle Point Blvd., Suite 100
                                                    Lake Elmo, MN 55042
                                                    P: (612) 293-4805
                                                    E: paddy@brownelawllc.com

                                                    *Attorney for Plaintiff Scott Smith*


                                                    ARTHUR, CHAPMAN, KETTERING,
                                                    SMETAK & PIKALA, P.A.

Dated: April 22, 2019              s/Gregory J. Duncan
                                                      Gregory J. Duncan (#267387)
                                                    500 Young Quinlan Building
                                                    81 South Ninth Street
                                                    Minneapolis, MN 55402-3214
                                                    P: (612) 339-3500
                                                    F: (612) 339-7655
                                                    gjduncan@ArthurChapman.com

                                                    *Attorney for Defendant*
                                                    *Bierman Group, Limited Liability Company*

8347086