# UNITED STATES DISTRICT COURT
## District of Minnesota

Scott Smith,    **JUDGMENT IN A CIVIL CASE**

        Plaintiff(s),

v.    Case Number:    18-cv-2707 (DWF/TNL)

Bierman Group, Limited Liability Company,

        Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above-entitled action is **DISMISSED WITH PREJUDICE** and without costs to any party.

Date:  April 24, 2019    KATE M. FOGARTY, CLERK

        s/Jennifer Beck
        (By)  Jennifer Beck, Deputy Clerk